IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **DEVIN BRANDIS PUGH,**     ) | |
| ) | |
| Plaintiff,  ) | |
| ) | CIVIL ACTION NO. |
| v.    ) | 2:25cv381-MHT |
| ) | (WO) |
| **SHANE BRYAN, et al.,**   ) | |
| ) | |
| Defendants.  ) | |

OPINION

Plaintiff, a frequent pro se litigant who was incarcerated in a jail at time of filing his complaint, filed this lawsuit making claims that are difficult to understand, related to proceedings in a state criminal case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with a court order to submit the documentation required to support his motion to proceed in forma pauperis, and that all pending motions be denied as moot. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate order and judgment will be entered.

DONE, this the 12th day of January, 2026.

                                  /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE