IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEVIN BRANDIS PUGH,      ) | |
|     Plaintiff,      ) | |
|     )       | CIVIL ACTION NO. |
| v.      ) | 2:25cv381-MHT |
|     ) | (WO) |
| SHANE BRYAN, et al.,      ) | |
|     Defendants.      ) | |

ORDER AND JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 7) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute and follow a court order.

(3) The pending motion is denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 12th day of January, 2026.

                               /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**